IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALEJANDRA GRADO,

    Plaintiff,

v.                                                                                                                      No. 2:23-cv-211 GBW/KRS

CLEAR DIAMOND, INC., and
ROBERT HOBSON,

    Defendants.

## **ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

THIS MATTER is before the Court on the Defendants' Unopposed Motion to Modify Scheduling Order, filed October 16, 2023. (Doc. 34). Defendants ask to extend certain pretrial deadlines and vacate the October 24, 2023 settlement conference due to delays in preparing their expert reports. Having reviewed the record of the case, and having consulted with the presiding judge, the Court GRANTS the Motion. The parties' deadlines are extended as follows:

1. Deadline for Defendants' expert reports: **November 17, 2023**;

2. Termination of discovery: **January 22, 2024**;

3. Motions relating to discovery: **February 5, 2024**;

4. All other motions: **February 12, 2024**.

The Court further VACATES the October 24, 2023 settlement conference and all associated deadlines. The Court will set a hearing by separate order to discuss resetting the settlement conference.

                                                                                        _____
                                                                                        KEVIN R. SWEAZEA
                                                                                        UNITED STATES MAGISTRATE JUDGE