IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALEJANDRA GRADO,

   Plaintiff,

v.                                                                              No. 2:23-cv-211 GBW/KRS

CLEAR DIAMOND, INC., and
ROBERT HOBSON,

   Defendants.

## ORDER GRANTING SECOND JOINT MOTION TO MODIFY SCHEDULING ORDER

THIS MATTER is before the Court on the parties' Joint Motion to Modify Scheduling Order, filed January 12, 2024. (Doc. 47). The parties ask to extend their deadlines for the termination of discovery, motions relating to discovery, and all other motions due to delays in scheduling expert depositions. Having reviewed the record of the case, and having consulted with the presiding judge, the Court GRANTS the Motion. The parties' deadlines are extended as follows:

1. Termination of discovery: **February 23, 2024**;

2. Motions relating to discovery: **March 6, 2024**;

3. All other motions: **March 13, 2024**.

Any further extension of these deadlines will require resetting the trial date.

                                                      _____
                                                      KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE