IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALEJANDRA GRADO,

    Plaintiff,

v.                                                             No. 2:23-cv-00211-GBW-KRS

CLEAR DIAMOND, INC., a foreign profit
Corporation and ROBERT HOBSON,

    Defendants.

## THIRD STIPULATED ORDER TO MODIFY SCHEDULING ORDER

THIS MATTER is before the Court on the parties' agreement to modify deadlines in the Scheduling Order. The parties ask to extend their deadlines for the termination of discovery, motions relating to discovery, and all other motions for the purpose of completing two expert depositions. Having reviewed the record of the case, and having consulted with the presiding judge, the Court hereby extends deadlines in the Scheduling Order as follows:

1. Termination of discovery: **April 10, 2024**;

2. Motions relating to discovery: **April 22, 2024**;

3. All other motions: **April 29, 2024**.

                                                                           _____
                                                                           KEVIN R. SWEAZEA
                                                                           UNITED STATES MAGISTRATE JUDGE